IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No. 5:22-cr-1 (MTT) |
| : | |
| BRUCE HARRISON, : | |
| : | |
| Defendant. : | |

### ORDER ON CONSENT MOTION FOR PRETRIAL DETENTION

On February 27, 2022, Defendant Bruce Harrison appeared before the Court for an initial appearance and arraignment. At that time, the Court entered an order setting conditions of release, to allow Defendant to return to state custody to resolve pending state matters. Defendant has since resolved those matters by a plea agreement and anticipates resolving the present federal matter by plea agreement as well. As such, Defendant now wishes to waive pretrial release and return to federal custody pending resolution of this case. Defendant's Consent Motion for Pretrial Detention (Doc. 274) is therefore **GRANTED**.

Accordingly, the Order Setting Conditions of Release (Doc. 213) is **REVOKED**, and the Defendant shall be committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this the 11th day of April, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge